UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 3:22-cr-12

vs.

ADRIAN LITTLE,                         District Judge Michael J. Newman

    Defendant.

---

**ORDER ACCEPTING DEFENDANT'S GUILTY PLEA TO COUNT 1 OF THE INDICTMENT (Doc. No. 15)**

---

This case is before the Court following a plea hearing on March 14, 2022, which was held by GoToMeeting pursuant to the Court's COVID-19 protocols.  Defendant agreed to proceed with the hearing by GoToMeeting.  Assistant United States Attorney Brent Tabacchi appeared on behalf of the Government, and Attorney Dennis Lieberman appeared on behalf of Defendant.

The undersigned examined Defendant under oath as to his understanding of the plea agreement, which he acknowledged in open court, and his understanding regarding the effect of entering a plea pursuant to that agreement.  Having thoroughly conducted that colloquy, the undersigned concludes that Defendant fully understands the rights waived by entering a guilty plea and is fully competent to enter a guilty plea.

Accordingly, pursuant to the record of the plea hearing, the concludes that Defendant's guilty plea to count 1 of the indictment (Doc. No. 15) is a knowing, intelligent, and voluntary plea.  The Court also concludes that the statement of facts made a part of the plea agreement, the truth

of which Defendant acknowledged in open court, provides a sufficient factual basis for finding Defendant guilty on count 1 of the indictment.[1]

The Court therefore accepts Defendant's guilty plea and finds Defendant guilty as charged in count 1 of the indictment. Doc. No. 15. Defendant's sentencing hearing will be scheduled after he is returned to federal custody at the completion of the pending state parole violation proceedings.

**IT IS SO ORDERED.**

March 25, 2022                                                s/Michael J. Newman
                                                              Hon. Michael J. Newman
                                                              United States District Judge

---

[1] At the Government's request, the Court will dismiss count 2 of the indictment upon entry of final judgment.